UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO HERNANDEZ,<br>    Plaintiff,<br>v.<br>CHI MAI, et al.,<br>    Defendants. | Case No. 19-cv-03029-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Gerardo Hernandez filed this action against defendants Chi Mai and Kim Hang Bui on May 31, 2019. Dkt. No. 1. Mr. Hernandez served the defendants on June 16, 2019, but to date, neither defendant has appeared. Dkt. Nos. 10, 11. On July 31, 2019, Mr. Hernandez moved for an entry of default as to both defendants, which the Clerk of the Court entered on August 2, 2019. Dkt. Nos. 11, 12. No action has been taken since.

On December 5, 2019, the Court issued an order requiring Mr. Hernandez to file a status report by December 12, 2019. Mr. Hernandez did not file a status report by the December 12 deadline, nor did he seek relief from that deadline.[1]

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Hernandez is directed to file a written response to this order by **December 18, 2019** and to appear before the Court on **December 20, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be

---

[1] Mr. Hernandez's counsel did file a notice of change of address on December 12, 2019. Dkt. No. 14.

dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 13, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge